**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>        Plaintiff,<br><br>    v.<br><br>WE ARE THE CHOMPIANS, LLC,<br><br>        Defendant. | Case No. 1:21-cv-00097-SPB-RAL |

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Ronald C. Kolesar, hereby voluntarily

dismisses without prejudice his claims against Defendant, We Are The Chompians, LLC.


Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Nicholas A. Colella
ncolella@carlsonlynch.com
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322.9243

*Counsel for Plaintiff*